■ In the Matter of WALLACE B.O., Respondent, v CHRISTINE R.S.-O., Appellant. (Appeal No. 2.) [784 NYS2d 460]—Appeal from an order of the Family Court, Oneida County (Frank S. Cook,

J.), entered June 9, 2003 in a proceeding pursuant to Family Ct Act article 6. The order dismissed the motion of the law guardian after it was withdrawn and vacated a temporary order, dated March 25, 2003.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Town of Massena v Niagara Mohawk Power Corp.*, 45 NY2d 482, 488 [1978]; *Matter of Brown v Starkweather*, 197 AD2d 840, 841 [1993], *lv denied* 82 NY2d 653 [1993]; *see also* CPLR 5511). Present—Scudder, J.P., Kehoe, Gorski and Hayes, JJ.